# Exhibit 1

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,361,623**
**Registered July 2, 2013**

**Int. Cls.: 9, 16, 18, 20, 24, 25, 28, and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*Acting Director of the United States Patent and Trademark Office*

ZINKIA ENTERTAINMENT, S.A. (SPAIN LIMITED LIABILITY COMPANY)
C. INFANTAS 27, PLANTA 1
MADRID, SPAIN 28004

FOR: DVDS FEATURING EDUCATIONAL THEMES AND ENTERTAINMENT DIRECTED TO CHILDREN; VIDEO GAME AND COMPUTER GAME CASSETTES, DISCS AND CARTRIDGES, VIDEO GAME MACHINES FOR USE WITH TELEVISIONS; DOWNLOADABLE SCREENSAVERS VIA THE INTERNET AND WIRELESS DEVICES; AND PRERECORDED DIGITAL MEDIA, NAMELY, CDS, DVDS AND DOWNLOADABLE MULTIMEDIA FILES FEATURING CARTOON AND ANIMATED FILMS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-2005; IN COMMERCE 0-0-2005.

FOR: BOOKS FEATURING EDUCATIONAL THEMES AND ENTERTAINMENT DIRECTED TO CHILDREN; PAPER; CARDBOARD; BOOK BINDING MATERIALS; PHOTOGRAPHS; STATIONERY; ADHESIVES FOR STATIONERY AND HOUSEHOLD PURPOSES; PAINT BRUSHES; TYPEWRITERS; PRINTERS' TYPE; PRINTING BLOCKS; ARTISTS' BRUSHES; PASTELS; PENCILS; PENS; CANVAS PANELS FOR PAINTING; ADHESIVE TAPE DISPENSERS; OFFICE REQUISITES, NAMELY, ENVELOPE SEALING MACHINES; PAPER EMBOSSERS; PAPER FOLDING MACHINES AS OFFICE REQUISITES; PUNCHES; RUBBER BANDS; STAPLERS; PRINTED INSTRUCTIONAL, EDUCATIONAL AND TEACHING MATERIALS FOR PRESCHOOL CHILDREN FEATURING GAMES, PUZZLES AND FICTION AND NON-FICTION STORIES; PLASTIC BAGS FOR PACKAGING; PAPER GIFT WRAP BOWS; PHOTOGRAPH ALBUMS; ERASERS; DECORATIONS FOR PENCILS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 6-0-2006; IN COMMERCE 6-0-2006.

FOR: UMBRELLAS, BEACH UMBRELLAS, BACKPACKS, SPORT PACKS, SATCHELS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 9-2-2012; IN COMMERCE 9-2-2012.

FOR: CUSHIONS; SLEEPING BAGS; BABY CHANGING MATS , IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

**Reg. No. 4,361,623** FIRST USE 9-0-2012; IN COMMERCE 9-0-2012.

FOR: BED AND TABLE LINENS; TOWELS; CURTAINS; BEDSPREADS; BED BLANKETS; TRAVELLING RUGS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 9-0-2012; IN COMMERCE 9-0-2012.

FOR: FOOTWEAR, DRESSES, T-SHIRTS, TROUSERS, SWEATERS, CAPS, HATS, GLOVES, SCARVES, PAJAMAS, RAINCOATS, BATHING SUITS, LEOTARDS, TIGHTS, LEGGINGS, POLO SHIRTS, TRACKSUITS, BODY SUITS, UNDERWEAR, CLOTH BIBS, ROMPERS, JACKETS, BATHROBES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-6-2012; IN COMMERCE 11-6-2012.

FOR: TOYS, GAMES AND PLAYTHINGS, NAMELY, BATH TOYS, TOY CARS, TOY ACTION FIGURES, TOY TELEPHONES, PUPPETS, COLLECTABLE TOY FIGURES, PUZZLES, ELECTRONIC TOY VEHICLES, TOY BUILDING BLOCKS, TOY AIRPLANES; BEACH TOYS, NAMELY, BEACH BALLS AND SAND TOYS; TOY COMPUTERS, NAMELY, BATTERY-POWERED COMPUTER GAME WITH LCD SCREEN WHICH FEATURES ANIMATION AND SOUND EFFECTS; DOMINOES; MUSICAL TOYS FOR CHILDREN, EDUCATIONAL TOYS FOR TEACHING PLAY AND SOCIAL SKILLS, COLORS, MATH AND READING; FLOATS FOR RECREATIONAL USE, NAMELY, ARM FLOATS, FOAM FLOATS, RUBBER POOL RINGS, SWIMMING POOL RINGS, INFLATABLE SWIMMING POOLS, SURFBOARDS, TENNIS RACKETS, TENNIS BALLS, TOY BALLOONS, RUBBER BALLS, PLAYGROUND BALLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-2008; IN COMMERCE 0-0-2008.

FOR: EDUCATIONAL AND ENTERTAINMENT SERVICES, NAMELY, ONGOING TELEVISION PROGRAM FEATURING EDUCATIONAL THEMES AND ENTERTAINMENT DIRECTED TO CHILDREN, ACCESSIBLE BY TELEVISION, SATELLITE, AND COMPUTER NETWORKS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 5-0-2007; IN COMMERCE 5-0-2007.

THE MARK CONSISTS OF THE LETTERS "POCOYO" IN WHITE INSIDE SEPARATE ADJACENT COLORED BLOCKS AS FOLLOWS: A WHITE "P" INSIDE A RED BLOCK, A WHITE "O" INSIDE A BLUE BLOCK, A WHITE "C" INSIDE A GREEN BLOCK, A WHITE "O" INSIDE A PURPLE BLOCK, A WHITE "Y" INSIDE AN ORANGE BLOCK AND A WHITE "O" INSIDE A YELLOW BLOCK.

THE COLOR(S) RED, BLUE, GREEN, PURPLE, ORANGE, YELLOW, AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SN 77-599,740, FILED 10-24-2008.

CHRISTINE MARTIN, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,303,178**
**Registered Mar. 19, 2013**
**Int. Cls.: 9, 16, 28, 35 and 41**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**



*Acting Director of the United States Patent and Trademark Office*

ZINKIA ENTERTAINMENT, S.A. (SPAIN SOCIEDAD ANÓNIMA)
INFANTAS, 27, PLANTA 1
E-28004 MADRID
SPAIN

FOR: TEACHING APPARATUS AND INSTRUMENTS, NAMELY, MEASURING APPARATUS, NAMELY, ANGLE FINDERS, MEASURING RULES; APPARATUS FOR RECORDING, TRANSMISSION OR REPRODUCTION OF SOUND OR IMAGES; VIDEO GAME TAPES, DISKS, AND CARTRIDGES FOR CONSOLES AND COMPUTERS, VIDEO-GAME CONSOLES FOR USE WITH TELEVISIONS; DOWNLOADABLE SCREEN SAVER SOFTWARE; PRERECORDED CDS, DVDS AND DOWNLOADABLE SOUND AND IMAGE FILES CONTAINING ANIMATED CARTOONS AND ANIMATED FILMS RECORDED ON DIGITAL MEDIA; WATER WING SWIM AIDS FOR RECREATIONAL USE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PRINTING BLOCKS; PRINTED MATTER, NAMELY, PRINTED EDUCATIONAL AND TEACHING MATERIALS ON A VARIETY OF EDUCATIONAL DISCIPLINES FOR PRESCHOOL CHILDREN FEATURING GAMES, PUZZLES AND FICTION AND NON-FICTION STORIES; BOOKBINDING MATERIAL; PHOTOGRAPHS; STATIONERY; ADHESIVES AND GLUES FOR STATIONERY OR HOUSEHOLD PURPOSES; ARTISTS' MATERIALS, NAMELY, PAINT BRUSHES, ARTISTS' PENS, AND CANVAS PANELS FOR ARTISTS; PAINTBRUSHES; OFFICE REQUISITES, EXCEPT FURNITURE, NAMELY, TYPEWRITERS, PRINTERS' TYPE; PRINTED INSTRUCTIONAL AND TEACHING MATERIALS ON A VARIETY OF EDUCATIONAL DISCIPLINES FOR PRESCHOOL CHILDREN; PRINTING TYPE; BOOKS IN THE FIELD OF EDUCATION AND TEACHING FOR PRESCHOOL CHILDREN; PAPER AND CARDBOARD; BOOK COVERS; PHOTOGRAPHS; WRITING REQUISITES, NAMELY, PENS, PENCILS, HAND-HELD LABELING DEVICES; ADHESIVES FOR STATIONERY PURPOSES; PAINT BRUSHES AND DRAWING BRUSHES; DRAWING BRUSHES, PASTELS, PENCILS, BALLPOINT PENS FOR DRAWING; ADHESIVE TAPE DISPENSERS; OFFICE REQUISITES IN THE NATURE OF MACHINES FOR STAMPING PAPER, NAMELY, PAPER EMBOSSERS; PUNCHES, ELASTIC BANDS FOR OFFICES, STAPLERS, PLASTIC BAGS FOR PACKAGING, GIFT WRAP PAPER AND PAPER GIFT WRAPPING RIBBONS, PHOTOGRAPH ALBUMS, ERASERS, DECORATIVE PENCIL TOP ORNAMENTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: GAMES AND PLAYTHINGS, NAMELY, BATH TOYS, TOY CARS, TOY ACTION FIGURES, TOY TELEPHONES, PUPPETS, COLLECTABLE TOY FIGURES, PUZZLES,

**Reg. No. 4,303,178** ELECTRONIC TOY VEHICLES, TOY BUILDING BLOCKS, TOY AIRPLANES; BEACH TOYS, NAMELY, BEACH BALLS AND SAND TOYS; TOY COMPUTERS, NAMELY, BATTERY-POWERED COMPUTER GAME WITH LCD SCREEN WHICH FEATURES ANIMATION AND SOUND EFFECTS; MUSICAL TOYS FOR CHILDREN, EDUCATIONAL TOYS FOR TEACHING PLAY AND SOCIAL SKILLS, COLORS, MATH AND READING; FLOATS FOR RECREATIONAL USE, NAMELY, RUBBER POOL RINGS, TOY BALLOONS, RUBBER BALLS, PLAYGROUND BALLS; GYMNASTIC AND SPORTING ARTICLES, NAMELY, SURFBOARDS, TENNIS RACKETS, TENNIS BALLS; DECORATIONS FOR CHRISTMAS TREES; TOYS FOR THE BATH; TOY CARS; ACTION FIGURE TOYS; TOY TELEPHONES; PLUSH TOYS; COLLECTABLE TOY FIGURES; JIGSAW PUZZLES; TOY VEHICLES WITH SOUNDS; BUILDING TOYS COMPRISED OF TOY BUILDING BLOCKS; TOY AIRPLANES; CHILDREN'S COMPUTERS, NAMELY, BATTERY-POWERED COMPUTER GAME WITH LCD SCREEN; TOYS, NAMELY, BATTERY-POWERED COMPUTER GAME WITH CONSOLES WITH LCD SCREEN WHICH FEATURES ANIMATION AND SOUND EFFECTS; DOMINOES; MUSICAL INSTRUMENTS FOR CHILDREN, NAMELY, MUSICAL TOYS; EDUCATIONAL CARD GAMES; FLOATS, NAMELY, ARM FLOATS, SWIM FLOATS, SWIMMING POOL RINGS; INFLATABLE SWIMMING POOLS; FOAM TOYS FOR PLAYING IN WATER; PERSONAL EXERCISE MATS; BEACH BALLS; SURF BOARDS; TENNIS RACKETS; TENNIS BALLS; SNOW AND WATER GLOBES; BALLS FOR GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: ADVERTISING SERVICES; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION, NAMELY, BUSINESS ADMINISTRATION AND MANAGEMENT AND BUSINESS ADMINISTRATION ASSISTANCE; PROVIDING OFFICE FUNCTIONS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: TEACHING AT PRESCHOOLS; PROVIDING OF TRAINING IN THE FIELD OF PRESCHOOL INSTRUCTION; ENTERTAINMENT SERVICES, NAMELY, PROGRAMS WITH VARIOUS PARTS THAT OFFER ENTERTAINMENT AND EDUCATIONAL CONTENT AIMED PRINCIPALLY AT CHILDREN, NAMELY, AN ONGOING TELEVISION PROGRAM FEATURING EDUCATIONAL THEMES AND ENTERTAINMENT DIRECTED TO CHILDREN, ACCESSIBLE BY TELEVISION, SATELLITE, AND COMPUTER NETWORKS; ORGANIZING COMMUNITY SPORTING AND CULTURAL ACTIVITIES; PROGRAMS WITH VARIOUS PARTS THAT OFFER ENTERTAINMENT AND EDUCATIONAL CONTENT AIMED PRINCIPALLY AT CHILDREN, PARENTS AND FAMILIES, ACCESSIBLE VIA TELEVISION, SATELLITE AND THE INTERNET, NAMELY, PROVIDING ONLINE INTERACTIVE CHILDREN'S STORIES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

THE MARK CONSISTS OF A DESIGN OF A YELLOW DUCK WITH A GREEN HAT, ORANGE BEAK AND FEET, WHITE EYES WITH BLACK PUPILS AND BLACK DETAIL ON THE YELLOW BODY.

PRIORITY DATE OF 11-26-2010 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1087710 DATED 5-16-2011, EXPIRES 5-16-2021.

THE COLOR(S) GREEN, WHITE, YELLOW, ORANGE AND BLACK IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SER. NO. 79-101,415, FILED 5-16-2011.

SUSAN RICHARDS, EXAMINING ATTORNEY

# United States of America
### United States Patent and Trademark Office



**Reg. No. 4,212,395**
**Registered Sep. 25, 2012**

**Int. Cls.: 9, 16, 28, 35 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*David J. Kappos*
Director of the United States Patent and Trademark Office

ZINKIA ENTERTAINMENT, S.A. (SPAIN SOCIEDAD ANONIMA (SA))
INFANTAS 27, PLANTA 1
28004-MADRID, SPAIN

FOR: DVDS FEATURING EDUCATIONAL THEMES AND ENTERTAINMENT DIRECTED TO CHILDREN; VIDEO GAME AND COMPUTER GAME CASSETTES, DISCS AND CARTRIDGES, VIDEO GAME MACHINES FOR USE WITH TELEVISIONS; DOWNLOADABLE SCREENSAVERS VIA THE INTERNET AND WIRELESS DEVICES; AND PRERECORDED DIGITAL MEDIA, NAMELY, CDS, DVDS AND DOWNLOADABLE MULTIMEDIA FILES FEATURING CARTOONS AND ANIMATED FILMS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: BOOKS FEATURING EDUCATIONAL THEMES AND ENTERTAINMENT DIRECTED TO CHILDREN; PAPER; CARDBOARD; BOOK BINDING MATERIALS; PHOTOGRAPHS; STATIONERY; ADHESIVES FOR STATIONERY AND HOUSEHOLD PURPOSES; PAINT BRUSHES; TYPEWRITERS; PRINTERS' TYPE; PRINTING BLOCKS; ARTISTS' BRUSHES; PASTELS; PENCILS; PENS; CANVAS PANELS FOR PAINTING; ADHESIVE TAPE DISPENSERS; OFFICE REQUISITES, NAMELY, ENVELOPE SEALING MACHINES; PAPER EMBOSSERS; PAPER FOLDING MACHINES AS OFFICE REQUISITES; PUNCHES; RUBBER BANDS; STAPLERS; PRINTED INSTRUCTIONAL, EDUCATIONAL AND TEACHING MATERIALS FOR PRESCHOOL CHILDREN FEATURING GAMES, PUZZLES AND FICTION AND NON-FICTION STORIES; PLASTIC BAGS FOR PACKAGING; PAPER GIFT WRAP BOWS; PHOTOGRAPH ALBUMS; ERASERS; DECORATIONS FOR PENCILS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: TOYS, GAMES AND PLAYTHINGS, NAMELY, BATH TOYS, TOY CARS, TOY ACTION FIGURES, TOY TELEPHONES, PUPPETS, COLLECTABLE TOY FIGURES, PUZZLES, ELECTRONIC TOY VEHICLES, TOY BUILDING BLOCKS, TOY AIRPLANES; BEACH TOYS, NAMELY, BEACH BALLS AND SAND TOYS; TOY COMPUTERS, NAMELY, BATTERY-POWERED COMPUTER GAME WITH LCD SCREEN WHICH FEATURES ANIMATION AND SOUND EFFECTS; DOMINOES; MUSICAL TOYS FOR CHILDREN, EDUCATIONAL TOYS FOR TEACHING PLAY AND SOCIAL SKILLS, COLORS, MATH AND READING; FLOATS FOR RECREATIONAL USE, NAMELY, ARM FLOATS, FOAM FLOATS, RUBBER POOL RINGS, SWIMMING POOL RINGS, INFLATABLE SWIMMING POOLS, SURFBOARDS, TENNIS RACKETS, TENNIS BALLS, TOY BALLOONS, RUBBER BALLS, PLAYGROUND BALLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

**Reg. No. 4,212,395**  FOR: ADVERTISING AND MARKETING, BUSINESS ADVICE AND INFORMATION, BUSINESS MANAGEMENT AND CONSULTATION, INFORMATION IN BUSINESS MATTERS, DISTRIBUTION OF ADVERTISING MATERIALS, NAMELY, PRINTED MATERIALS AND SAMPLES, ACCOUNTANCY SERVICES, ORGANIZATION OF EXHIBITIONS FOR COMMERCIAL AND ADVERTISING PURPOSES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: EDUCATIONAL AND ENTERTAINMENT SERVICES, NAMELY, ONGOING TELEVISION PROGRAM FEATURING EDUCATIONAL THEMES AND ENTERTAINMENT DIRECTED TO CHILDREN, ACCESSIBLE BY TELEVISION, SATELLITE, AND COMPUTER NETWORKS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

PRIORITY CLAIMED UNDER SEC. 44(D) ON ERPN CMNTY TM OFC APPLICATION NO. 009554957, FILED 11-26-2010, REG. NO. 009554957, DATED 10-8-2011, EXPIRES 11-26-2020.

THE COLOR(S) ORANGE-YELLOW, PURPLE AND BLACK IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A STYLIZED DEPICTION OF A DOG, WITH AN ORANGE-YELLOW COAT WITH PURPLE SPOTS ON THE BACK AND TAIL AREAS, PURPLE EARS, AND BLACK EYES AND NOSE.

SER. NO. 85-325,907, FILED 5-20-2011.

CHRISTINE MARTIN, EXAMINING ATTORNEY

# United States of America
### United States Patent and Trademark Office



**Reg. No. 4,208,291**
**Registered Sep. 18, 2012**

**Int. Cls.: 9, 16, 28, 35 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*David J. Kappos*
Director of the United States Patent and Trademark Office

ZINKIA ENTERTAINMENT, S.A. (SPAIN SOCIEDAD ANÓNIMA)
INFANTAS, 27, PLANTA 1
MADRID, SPAIN E28004

FOR: TEACHING APPARATUS AND INSTRUMENTS, NAMELY, MEASURING APPARATUS, NAMELY, ANGLE FINDERS, MEASURING RULES; APPARATUS FOR RECORDING, TRANSMISSION OR REPRODUCTION OF SOUND OR IMAGES; VIDEO GAME TAPES, DISKS AND CARTRIDGES FOR CONSOLES AND COMPUTERS, VIDEO-GAME CONSOLES FOR USE WITH TELEVISIONS; DOWNLOADABLE SCREEN SAVER SOFTWARE; PRERECORDED CDS, DVDS AND DOWNLOADABLE SOUND AND IMAGE FILES CONTAINING ANIMATED CARTOONS AND ANIMATED FILMS RECORDED ON DIGITAL MEDIA; WATER WING SWIM AIDS FOR RECREATIONAL USE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PAPER, CARDBOARD AND GOODS MADE FROM THESE MATERIALS, NAMELY, PRINTING BLOCKS; PRINTED MATTER, NAMELY, PRINTED EDUCATIONAL AND TEACHING MATERIALS ON A VARIETY OF EDUCATIONAL DISCIPLINES FOR PRESCHOOL CHILDREN FEATURING GAMES, PUZZLES AND FICTION AND NON-FICTION STORIES; BOOKBINDING MATERIAL; PHOTOGRAPHS; STATIONERY; ADHESIVES GLUES FOR STATIONERY OR HOUSEHOLD PURPOSES; ARTISTS' MATERIALS, NAMELY, PAINT BRUSHES, ARTISTS' PENS, CANVAS PANELS FOR PAINTING; PAINTBRUSHES; OFFICE REQUISITES, EXCEPT FURNITURE, NAMELY, TYPEWRITERS, PRINTERS' TYPE; PRINTED INSTRUCTIONAL AND TEACHING MATERIALS ON A VARIETY OF EDUCATIONAL DISCIPLINES FOR PRESCHOOL CHILDREN; PLASTIC BAGS FOR PACKAGING; PRINTING TYPE; PRINTING BLOCKS; BOOKS IN THE FIELD OF EDUCATION AND TEACHING FOR PRESCHOOL CHILDREN; PAPER AND CARDBOARD; MATERIALS FOR COVERS FOR BOOKS; PHOTOGRAPHS; WRITING REQUISITES, NAMELY, PENS, PENCILS, HAND-HELD LABELING DEVICES; ADHESIVES FOR STATIONERY PURPOSES; PAINT BRUSHES AND DRAWING BRUSHES; PRINTING TYPES; BRUSHES, PASTELS, PENCILS, BALLPOINT PENS FOR DRAWING; ADHESIVE TAPE DISPENSERS; OFFICE REQUISITES IN THE NATURE OF MACHINES FOR STAMPING PAPER, NAMELY, PAPER EMBOSSERS; PUNCHES, ELASTIC BANDS FOR OFFICES, STAPLERS, PLASTIC BAGS FOR PACKAGING, GIFT WRAP PAPER AND PAPER GIFT WRAPPING RIBBONS, PHOTOGRAPH ALBUMS, ERASERS, ORNAMENTS FOR PENCILS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

**Reg. No. 4,208,291** FOR: GAMES AND PLAYTHINGS, NAMELY, BATH TOYS, TOY CARS, TOY ACTION FIGURES, TOY TELEPHONES, PUPPETS, COLLECTABLE TOY FIGURES, PUZZLES, ELECTRONIC TOY VEHICLES, TOY BUILDING BLOCKS, TOY AIRPLANES; BEACH TOYS, NAMELY, BEACH BALLS AND SAND TOYS; TOY COMPUTERS, NAMELY, BATTERY-POWERED COMPUTER GAME WITH LCD SCREEN WHICH FEATURES ANIMATION AND SOUND EFFECTS; MUSICAL TOYS FOR CHILDREN, EDUCATIONAL TOYS FOR TEACHING PLAY AND SOCIAL SKILLS, COLORS, MATH AND READING; FLOATS FOR RECREATIONAL USE, NAMELY, RUBBER POOL RINGS, TOY BALLOONS, RUBBER BALLS, PLAYGROUND BALLS; GYMNASTIC AND SPORTING ARTICLES, NAMELY, SURFBOARDS, TENNIS RACKETS, TENNIS BALLS; DECORATIONS FOR CHRISTMAS TREES; TOYS FOR THE BATH; TOY CARS; ACTION FIGURE TOYS; TOY TELEPHONES; PLUSH TOYS; COLLECTABLE TOY FIGURES; JIGSAW PUZZLES; TOY VEHICLES WITH SOUNDS; BUILDING TOYS COMPRISED OF TOY BUILDING BLOCKS; TOY AIRPLANES; CHILDREN'S COMPUTERS, NAMELY, BATTERY-POWERED COMPUTER GAME WITH LCD SCREEN; TOYS, NAMELY, BATTERY-POWERED COMPUTER GAME WITH CONSOLES WITH LCD SCREEN WHICH FEATURES ANIMATION AND SOUND EFFECTS; DOMINOES; MUSICAL INSTRUMENTS FOR CHILDREN, NAMELY, MUSICAL TOYS; EDUCATIONAL CARD GAMES; FLOATS FOR RECREATIONAL USE, NAMELY, ARM FLOATS, SWIM FLOATS, SWIMMING POOL RINGS; INFLATABLE SWIMMING POOLS; FOAM TOYS FOR PLAYING IN WATER; PERSONAL EXERCISE MATS; BEACH BALLS; SURF BOARDS; TENNIS RACKETS; TENNIS BALLS; SNOW AND WATER GLOBES; BALLS FOR GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: ADVERTISING; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION; PROVIDING OFFICE FUNCTIONS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: TEACHING AT PRESCHOOLS; PROVIDING OF TRAINING IN THE FIELD OF PRESCHOOL INSTRUCTION; ENTERTAINMENT SERVICES, NAMELY, PROGRAMS WITH VARIOUS PARTS THAT OFFER ENTERTAINMENT AND EDUCATIONAL CONTENT AIMED PRINCIPALLY AT CHILDREN, NAMELY, AN ONGOING TELEVISION PROGRAM FEATURING EDUCATIONAL THEMES AND ENTERTAINMENT DIRECTED TO CHILDREN, ACCESSIBLE BY TELEVISION, SATELLITE, AND COMPUTER NETWORKS; ORGANIZING COMMUNITY SPORTING AND CULTURAL ACTIVITIES; PROGRAMS WITH VARIOUS PARTS THAT OFFER ENTERTAINMENT AND EDUCATIONAL CONTENT AIMED PRINCIPALLY AT CHILDREN, PARENTS AND FAMILIES, ACCESSIBLE VIA TELEVISION, SATELLITE AND THE INTERNET, NAMELY, PROVIDING ONLINE INTERACTIVE CHILDREN'S STORIES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

THE MARK CONSISTS OF A STYLIZED PINK ELEPHANT WITH BLACK EYES AND BLUE STRAPS APPEARING AROUND THE ELEPHANT'S SHOULDERS AND WITH PURPLE SWIRLS APPEARING ON THE ELEPHANT'S KNEES.

PRIORITY DATE OF 11-26-2010 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1086999 DATED 5-16-2011, EXPIRES 5-16-2021.

THE COLOR(S) PINK, BLUE, BLACK AND PURPLE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SER. NO. 79-101,137, FILED 5-16-2011.

CHRISTINE MARTIN, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,177,572**
**Registered July 24, 2012**
**Int. Cls.: 9, 16, 28, 35 and 41**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**



Director of the United States Patent and Trademark Office

ZINKIA ENTERTAINMENT, S.A. (SPAIN SOCIEDAD ANÓNIMA)
INFANTAS, 27, PLANTA 1
E-28004 MADRID
SPAIN

FOR: TEACHING APPARATUS AND INSTRUMENTS, NAMELY, MEASURING APPARATUS, NAMELY, ANGLE FINDERS, MEASURING RULES; APPARATUS FOR RECORDING, TRANSMISSION OR REPRODUCTION OF SOUND OR IMAGES; VIDEO GAME TAPES, DISKS AND CARTRIDGES FOR CONSOLES AND COMPUTERS, VIDEO-GAME CONSOLES FOR USE WITH TELEVISIONS; DOWNLOADABLE SCREEN SAVER SOFTWARE; PRERECORDED CDS, DVDS AND DOWNLOADABLE SOUND AND IMAGE FILES CONTAINING ANIMATED CARTOONS AND ANIMATED FILMS RECORDED ON DIGITAL MEDIA; WATER WING SWIM AIDS FOR RECREATIONAL USE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PAPER, CARDBOARD AND GOODS MADE FROM THESE MATERIALS, NAMELY, PRINTING BLOCKS; PRINTED MATTER, NAMELY, PRINTED EDUCATIONAL AND TEACHING MATERIALS ON A VARIETY OF EDUCATIONAL DISCIPLINES FOR PRESCHOOL CHILDREN FEATURING GAMES, PUZZLES AND FICTION AND NON-FICTION STORIES; BOOKBINDING MATERIAL; PHOTOGRAPHS; STATIONERY; ADHESIVES GLUES FOR STATIONERY OR HOUSEHOLD PURPOSES; ARTISTS' MATERIALS, NAMELY, PAINT BRUSHES, ARTISTS' PENS, CANVAS PANELS FOR PAINTING; PAINTBRUSHES; OFFICE REQUISITES, EXCEPT FURNITURE, NAMELY, TYPEWRITERS, PRINTERS' TYPE; PRINTED INSTRUCTIONAL AND TEACHING MATERIALS ON A VARIETY OF EDUCATIONAL DISCIPLINES FOR PRESCHOOL CHILDREN; PLASTIC BAGS FOR PACKAGING; PRINTING TYPE; PRINTING BLOCKS; BOOKS IN THE FIELD OF EDUCATION AND TEACHING FOR PRESCHOOL CHILDREN; PAPER AND CARDBOARD; MATERIALS FOR COVERS FOR BOOKS; PHOTOGRAPHS; WRITING REQUISITES, NAMELY, PENS, PENCILS, HAND-HELD LABELING DEVICES; ADHESIVES FOR STATIONERY PURPOSES; PAINT BRUSHES AND DRAWING BRUSHES; PRINTING TYPES; BRUSHES, PASTELS, PENCILS, BALLPOINT PENS FOR DRAWING; ADHESIVE TAPE DISPENSERS; OFFICE REQUISITES IN THE NATURE OF MACHINES FOR STAMPING PAPER, NAMELY, PAPER EMBOSSERS; PUNCHES, ELASTIC BANDS FOR OFFICES, STAPLERS, PLASTIC BAGS FOR PACKAGING, GIFT WRAP PAPER AND PAPER GIFT WRAPPING RIBBONS, PHOTOGRAPH ALBUMS, ERASERS, ORNAMENTS FOR PENCILS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

**Reg. No. 4,177,572** FOR: GAMES AND PLAYTHINGS, NAMELY, BATH TOYS, TOY CARS, TOY ACTION FIGURES, TOY TELEPHONES, PUPPETS, COLLECTABLE TOY FIGURES, PUZZLES, ELECTRONIC TOY VEHICLES, TOY BUILDING BLOCKS, TOY AIRPLANES; BEACH TOYS, NAMELY, BEACH BALLS AND SAND TOYS; TOY COMPUTERS, NAMELY, BATTERY-POWERED COMPUTER GAME WITH LCD SCREEN WHICH FEATURES ANIMATION AND SOUND EFFECTS; MUSICAL TOYS FOR CHILDREN, EDUCATIONAL TOYS FOR TEACHING PLAY AND SOCIAL SKILLS, COLORS, MATH AND READING; FLOATS FOR RECREATIONAL USE, NAMELY, RUBBER POOL RINGS, TOY BALLOONS, RUBBER BALLS, PLAYGROUND BALLS; GYMNASTIC AND SPORTING ARTICLES, NAMELY, SURFBOARDS, TENNIS RACKETS, TENNIS BALLS; DECORATIONS FOR CHRISTMAS TREES; TOYS FOR THE BATH; TOY CARS; ACTION FIGURE TOYS; TOY TELEPHONES; PLUSH TOYS; COLLECTABLE TOY FIGURES; JIGSAW PUZZLES; TOY VEHICLES WITH SOUNDS; BUILDING TOYS COMPRISED OF TOY BUILDING BLOCKS; TOY AIRPLANES; CHILDREN'S COMPUTERS, NAMELY, BATTERY-POWERED COMPUTER GAME WITH LCD SCREEN; TOYS, NAMELY, BATTERY-POWERED COMPUTER GAME WITH CONSOLES WITH LCD SCREEN WHICH FEATURES ANIMATION AND SOUND EFFECTS; DOMINOES; MUSICAL INSTRUMENTS FOR CHILDREN, NAMELY, MUSICAL TOYS; EDUCATIONAL CARD GAMES; FLOATS FOR RECREATIONAL USE, NAMELY, ARM FLOATS, SWIM FLOATS AND SWIMMING POOL RINGS; INFLATABLE SWIMMING POOLS; FOAM TOYS FOR PLAYING IN WATER; PERSONAL EXERCISE MATS; BEACH BALLS; SURF BOARDS; TENNIS RACKETS; TENNIS BALLS; SNOW AND WATER GLOBES; BALLS FOR GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: ADVERTISING; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION; PROVIDING OFFICE FUNCTIONS , IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: TEACHING AT PRESCHOOLS; PROVIDING OF TRAINING IN THE FIELD OF PRESCHOOL INSTRUCTION; ENTERTAINMENT SERVICES, NAMELY, PROGRAMS WITH VARIOUS PARTS THAT OFFER ENTERTAINMENT AND EDUCATIONAL CONTENT AIMED PRINCIPALLY AT CHILDREN, NAMELY, AN ONGOING TELEVISION PROGRAM FEATURING EDUCATIONAL THEMES AND ENTERTAINMENT DIRECTED TO CHILDREN, ACCESSIBLE BY TELEVISION, SATELLITE, AND COMPUTER NETWORKS; ORGANIZING COMMUNITY SPORTING AND CULTURAL ACTIVITIES; PROGRAMS WITH VARIOUS PARTS THAT OFFER ENTERTAINMENT AND EDUCATIONAL CONTENT AIMED PRINCIPALLY AT CHILDREN, PARENTS AND FAMILIES, ACCESSIBLE VIA TELEVISION, SATELLITE AND THE INTERNET, NAMELY, PROVIDING ONLINE INTERACTIVE CHILDREN'S STORIES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

THE MARK CONSISTS OF STYLIZED BOY WEARING A MEDIUM BLUE HAT AND MEDIUM BLUE CLOTHING WITH A DARK BLUE AND YELLOW ZIPPER, WITH BEIGE SKIN, BLACK EYES AND A RED MOUTH.

PRIORITY DATE OF 11-26-2010 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1086998 DATED 5-16-2011, EXPIRES 5-16-2021.

THE COLOR(S) MEDIUM BLUE, DARK BLUE, BEIGE, BLACK, YELLOW, AND RED IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SER. NO. 79-101,136, FILED 5-16-2011.

CHRISTINE MARTIN, EXAMINING ATTORNEY